UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY WHITE,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. CV 16-76 AGR<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 31, 2017

                                  ALICIA G. ROSENBERG
                             United States Magistrate Judge